(130 So. 922)

## William HOLLIDAY v. STATE.
### 8 Div. 947.

Court of Appeals of Alabama.
March 4, 1930.

Rehearing Denied May 20, 1930.

Almon & Almon, of Decatur, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.
Affirmed.

(135 So. 923)

## Ernest HOLMES v. STATE.
### 8 Div. 302.

Court of Appeals of Alabama.
June 16, 1931.

SAMFORD, J.
Affirmed.

(134 So. 921)

## T. Z. HOLMES et al. v. Mrs. M. F. HOLMES.
### 8 Div. 328.

Court of Appeals of Alabama.
May 26, 1931.

BRICKEN, P. J.
Affirmed.

(131 So. 919)

## Nancy HOLT v. STATE.
### 4 Div. 695.

Court of Appeals of Alabama.
Nov. 25, 1930.

J. C. Fleming, of Elba, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.
Affirmed.

(132 So. 916)

## Will HOLT v. STATE.
### 8 Div. 211.

Court of Appeals of Alabama.
March 3, 1931.

BRICKEN, P. J.
Affirmed.

(131 So. 919)

## George HOUSE v. STATE.
### 6 Div. 954.

Court of Appeals of Alabama.
Dec. 16, 1930.

BRICKEN, P. J.

This appeal is in all respects analogous to the appeal in the case of Lewis Swindle v. State, post, p. 689, 131 So. 926. Upon authority of the Swindle case, supra, the judgment of conviction from which this appeal was taken is affirmed.

Affirmed.

(137 So. 921)

## Jesse HOWARD v. STATE.
### 4 Div. 843.

Court of Appeals of Alabama.
Nov. 10, 1931.

BRICKEN, P. J.

Upon the trial of this case in the court below, the (defendant) appellant, was convicted under the second count of the indictment which charged him with the offense of unlawfully possessing a still to be used for the purpose of manufacturing or distilling prohibited liquors or beverages, etc. The court sentenced appellant to an indeterminate term of imprisonment in the penitentiary for not less than fourteen months and not more than fifteen months. Judgment of conviction was duly pronounced and entered from which this appeal was taken. The appeal here is rested upon the record proper only; there being no bill of exceptions. As the record is regular in all things and without error, the judgment of the lower court will stand affirmed.

Affirmed.